**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2798**

———————

AMY N. BRYANT; YVONNE O. BRYANT,

Plaintiffs - Appellants,

versus

STEVE LOVIN; J. J. CAMPBELL; J. W. JACOBS, In-
dividually and as a Deputy with Robeson County
Sheriff's Department, Lumberton, North Caro-
lina; GLENN MAYNOR, Sheriff of Robeson County;
TOMMY STRICKLAND, Lieutenant and Supervisor of
the Drug Task Force of Robeson County Sher-
iff's Department, Lumberton, North Carolina,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, District
Judge.  (CA-98-68-7-F)

———————

Submitted:  May 13, 1999          Decided:  May 19, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Amy N. Bryant, Yvonne O. Bryant, Appellants Pro Se. Robert Harrison
Sasser, III, G. Christopher Olson, WOMBLE, CARLYLE, SANDRIDGE &
RICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Amy and Yvonne Bryant seek to appeal the district court's order granting the Defendants' motion for summary judgment in the Appellants' action filed under 42 U.S.C.A. § 1983 (West Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. We find that the Appellants' allegations fail to rise to the level of constitutional violations. Accordingly, we affirm. See Bryant v. Lovin, No. CA-98-68-7-F (E.D.N.C. Nov. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED